3105 GRAND CORP., and LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee for Certificate Holders of BMG 180,496, Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Persons, Trustees and Corporations, Plaintiffs, Respondents, Appellants, UNITED STATES FIDELITY AND GUARANTY COMPANY, Intervening Plaintiff, Respondent, Appellant, v. THE CITY OF NEW YORK, Respondent, 92–21 UNION HALL STREET, INC., Appellant, and JAMAICA NATIONAL BANK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel and Taylor, JJ.; Hagarty, J., not voting.

JOHN V. VAN PELT, Appellant, v. PATCHOGUE CITIZENS BANK AND TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CLARA WAGNER, Respondent, v. JENNIE REITMAN, and IRVING REITMAN, as Administrator, etc., of WOLF REITMAN, Deceased, Appellants, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GRACE WEBSTER, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ALFRED E. WELCH, Respondent, v. LEO T. ANDRYSHAK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

FLORENCE BERNARD WILLIAMS and ARMIN H. MITTLEMANN, as Executors and Trustees, etc., of SAM BERNARD, Deceased, and BETTY CROSNEY, as Administratrix C. T. A. of SAM BERNARD, Deceased, Appellants, v. ARMIN H. MITTLEMANN, Defendant. THOMAS J. SHAW, Respondent, v. ARMIN H. MITTLEMANN, Defendant. BERNARD WEISS, Intervening Respondent, v. ARMIN H. MITTLEMANN, Defendant. THOMAS KEOGH, Third Party, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

FRED GOTTSCHALK, as Limited Administrator, etc., of FREDERICK GOTTSCHALK, Deceased, Appellant, v. EMIL A. REINHARDT, Respondent.— Order denying plaintiff's motion for the examination before trial of the defendant by Herman Reinhardt, his employee, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

WILLIAM R. HOBSON, Appellant, v. GEORGE T. RECORD and MARTHA C. RECORD, His Wife, Individually and as Executors, etc., of SAMUEL TATTERSALL HOBSON, Deceased, Respondents.— Order granting in part defendants' motion for a verified bill of particulars affirmed, with ten dollars costs and disbursements, the bill of particulars to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABE JOSEPH, Appellant, v. BERT TRUESDELL, Undersheriff of the County of Orange, New York, Respondent.— Order dismissing writ of habeas corpus affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [173 Misc. 410.]